# Notice Recipients

District/Off: 0756−2 | User: tkeil | Date Created: 5/9/2011
Case: 08−80403−FJO−13 | Form ID: b18w | Total: 21

**Recipients of Notice of Electronic Filing:**
tr          Donald L Decker          ecfmail@decker13trustee.com
aty         James Raymond Wiesneth, Jr.          jrw@wiesnethlaw.com

                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Timothy Eugene Humphrey          3863 East Phillips Avenue          Terre Haute, IN 47805
cr          Recovery Management Systems Corporation          25 S.E. Second Avenue          Suite 1120          Miami, FL 33131−1605
8074817     Av Recvry Sv          Pob 3697 7880 S. 3rd Street          Terre Haute, IN 47807
8074819     Citibank / Sears          P.O. Box 20363          Kansas City, MO 64195
8074820     Citizens Bank          480 Jefferson Blvd          Warwick, RI 02886
8099719     Discover Bank/DFS Services LLC          PO Box 3025          New Albany OH 43054−3025
8074821     Discover Financial          Po Box 3025          New Albany, OH 43054
8074822     EQUIFAX          ATTN: PUBLIC RECORDS DEPT.          PO BOX 740241          ATLANTA, GA 30374
8074823     EXPERIAN          ATTN: PUBLIC RECORDS DEPT.          PO BOX 9701          ALLEN, TX 75013
8074824     First Financial Bank N          1401 S 3rd St          Terre Haute, IN 47802
8074825     G M A C          Po Box 4622          Waterloo, IA 50704
8074826     HSBC          Hsbc Card Srvs Attn: Bankruptcy          Po Box 5213          Carol Stream, IL 60197
8135571     LVNV Funding LLC its successors and assigns as          assignee of Citibank          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603−0587
8074827     Marathon Petroleum Co          539 S Main St          Findlay, OH 45840
10114228    Portfolio Recovery Associates, LLC.          P.O. Box 41067          Norfolk, VA 23541
8074828     Sears          Citi Corp Credit Services          Po Box 20363          Kansas City, MO 64195
8074829     TRANS UNION CORPORATION          ATTN: PUBLIC RECORDS DEPT          PO BOX 2000          CHESTER, PA 19022
8240996     eCAST Settlement Corporation assignee of          Chase Bank USA NA          POB 35480          Newark NJ 07193−5480
8241498     eCAST Settlement Corporation assignee of          HSBC Bank Nevada and its Assigns          POB 35480          Newark NJ 07193−5480

                                                                                            TOTAL: 19