UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
921 Ohio St Rm 104
Terre Haute, IN 47807

SF00350 (rev 05/2009)

In Re:
  Timothy Eugene Humphrey
    SSN: xxx−xx−6425    EIN: NA
  Debtor(s)

Case Number:
**08−80403−FJO−13**

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS THEREFORE ORDERED that Donald L Decker is discharged as trustee of the estate.

Dated:    July 12, 2011

JUDGE FRANK J. OTTE
U.S. BANKRUPTCY COURT