## Notice Recipients

District/Off: 0756–2                    User: tkeil                       Date Created: 7/12/2011
Case: 08–80403–FJO–13                   Form ID: SF00350                  Total: 1

**Recipients of Notice of Electronic Filing:**
tr          Donald L Decker        ecfmail@decker13trustee.com

TOTAL: 1